# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVEN COLLINS and THIALYNN ELAINE COLLINS,  <br><br>  Plaintiffs,  <br><br> v.  <br><br><br> GREAT PLAINS OILFIELD RENTAL L.L.C.; and CATERPILLAR, INC.; and DELTA OIL FIELD TANK CO., L.L.C.,  <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.:CIV-12-1108-M<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Daven Collins and Thialynn Elaine Collins hereby stipulate that Defendants, Great Plains Oilfield Rental, L.L.C., and Caterpillar Inc., should be dismissed as parties to the above styled and numbered cause with prejudice to refiling of the same.

Dated this 16th day of October, 2014.

                                                    Respectfully submitted,


                                                    s/Tom E. Mullen
                                                    (*Signed by Filing Attorney with Permission*)
                                                    Tom E. Mullen, OBA #6500
                                                    Fenton, Fenton, Smith, Reneau & Moon
                                                    211 North Robinson, Suite 800N
                                                    Oklahoma City, OK 73102
                                                    (405) 235-4671 Telephone
                                                    (405) 235-5247 Facsimile
                                                    tmullen@fentonlaw.com
                                                    **ATTORNEYS FOR PLAINTIFFS**

-AND-

Mark W. Albert, OBA #12575
Albert & Albert
P.O. Box 1748
Elk City, OK 73648
(580) 225-2010 Telephone
(580) 225-2011 Facsimile
albertandalbert@sbcglobal.net
**ATTORNEYS FOR PLAINTIFFS**

-AND-

s/Lane M. Claussen
Richard E. Hornbeek, OBA #10855
Daniel E. Bryan, III, OBA # 20036
Lane M. Claussen, OBA # 31298
3711 North Classen Boulevard
Oklahoma City, Oklahoma 73118
Hornbeek@hvblaw.com
Bryan@hvblaw.com
Claussen@hvblaw.com
(405) 236-8600 Telephone
(405) 236-8602 Facsimile
**ATTORNEYS FOR DEFENDANT
GREAT PLAINS OILFIELD RENTAL, L.L.C.**

-AND-

s/Brad Howell
(*Signed by Filing Attorney with Permission*)
Brad Howell
Texas Bar No. 24012860
Baker & Hostetler LLP
1000 Louisiana, Ste. 2000
Houston, TX 77002
Telephone: 713-646-1396

Facsimile: 713-751-1717
bhowell@bakerlaw.com
**ATTORNEYS FOR DEFENDANT CATERPILLAR, INC.**

-AND-

James A. Jennings, OBA #4647
W. Brett Willis, OBA #15168
JENNINGS COOK & TEAGUE
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102
Telephone: (405) 609-6000
Facsimile: (405) 609-6501
jaj@jctokc.com
bwillis@jenningsteague.com
**ATTORNEYS FOR DEFENDANT CATERPILLAR, INC.**

## CERTIFICATE OF FILING

This is to certify that on the 15th day of October, 2014, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit an Notice of Electronic Filing to the following ECF registrants:

Tom E. Mullen
Fenton, Fenton, Smith, Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102
(405) 235-4671 Telephone
(405) 235-5247 Facsimile
tmullen@fentonlaw.com
*Attorneys for Plaintiffs*

-AND-

Mark W. Albert
Albert & Albert
P.O. Box 1748
Elk City, OK 73648
(580) 225-2010 Telephone
(580) 225-2011 Facsimile
albertandalbert@sbcglobal.net
*Attorneys for Plaintiffs*

James A. Jennings
W. Brett Willis
JENNINGS COOK & TEAGUE
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102
Telephone: (405) 609-6000
Facsimile: (405) 609-6501
jaj@jctokc.com
bwillis@jenningsteague.com
*Attorneys for Defendant,*
*Caterpillar Inc.*

-AND-

Brad Howell
Baker & Hostetler LLP
1000 Louisiana, Ste. 2000
Houston, TX 77002
Telephone: 713-646-1396
Facsimile: 713-751-1717
bhowell@bakerlaw.com
*Attorneys for Defendant,*
*Caterpillar Inc.*

s/Daniel E. Bryan III
Daniel E. Bryan III